**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01058-CV

## LINDA SPROWL, Appellant

## V.

## MERCEDES P. STILES AND SAFECO INC., Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-03714

## ORDER

Before the Court is appellant's November 12, 2018 motion for continuance. We **GRANT** the motion as follows: We **ORDER** appellant to file her amended brief in paper either in person or by mail. Appellant shall file her amended brief by **November 30, 2018**.

The Court retracts the November 13, 2018 postcard notice regarding the attempted e-filing of appellant's amended brief.

/s/     ADA BROWN
        JUSTICE